ANTHONY J. BRASS (CASBN. 173302)
Attorney at Law
3223 Webster Street
San Francisco, California 94123
Telephone: (415) 922-5454
Facsimile: (415) 346-8987
Tony@brasslawoffice.com

Attorney for Defendant
GINA DOMIZIO

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: CR 10-0804 MAG |
| ) | |
| Plaintiff, ) | STIPULATION OF COUNSEL AND [Proposed] |
| ) | ORDER TO CONTINUE HEARING |
| vs. ) | |
| ) | |
| GINA DOMIZIO, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

It is hereby stipulated between parties, Anthony Brass for Defendant Gina Domizio and Acadia Senese for the United States of America, that the hearing date for defendant be moved from January 7, 2011, 10:30 AM to January 14, 2011 10:30 AM .

At the arraignment of this case Mr. Brass had an attorney make a special appearance on his behalf.  The attorney set the next hearing date for January 7, 2011.  Mr. Brass is not available for a hearing on that day due to a hearing previously set hearing in Marin County Superior Court that  cannot be continued.

Ms. Senese for the Government has agreed to stipulate to a change of hearing date to January 14, 2011, so that Mr. Brass can attend the hearing on this matter.

Dated: December 22, 2010                         /s/_____
                                                 ACADIA SENESE
                                                 Assistant United States

Dated: December 22, 2010                         /s/_____
                                                 ANTHONY BRASS
                                                 Attorney for Gina Domizio

IT IS SO ORDERED:

Dated:  Jan. 3, 2011                             _____
                                                 Honorable Joseph Spero
                                                 United States Magistrate Judge

Case3:10-cr-00804-JCS Document4 Filed02/23/10 Page2 of 3