**ANTHONY J. BRASS  (CASBN. 173302)**
Attorney at Law
3223 Webster Street
San Francisco, California 94123
Telephone: (415) 922-5454
Facsimile: (415) 346-8987
Tony@brasslawoffice.com

**Attorney for Defendant**
**GINA DOMIZIO**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: CR 10-0804 MAG |
| Plaintiff, | ) STIPULATION OF COUNSEL AND [Proposed] ORDER TO CONTINUE HEARING |
| vs. | ) |
| GINA DOMIZIO, | ) |
| Defendant. | ) |

It is hereby stipulated between parties, Anthony Brass for Defendant Gina Domizio and Acadia Senese for the United States of America, that the hearing date for defendant be moved from January 14, 2011, 10:30 AM to January 21, 2011 10:30 AM .

Mr. Brass is unavailable on January 14, 2011.  A plea has been negotiated in this matter and will resolve on the next date of January 21, 2011.

Dated: January 12, 2011                                            /s/_____
                                                                                    ACADIA SENESE
                                                                                    Assistant United States

Dated: January 12, 2011                                            /s/_____
                                                                                    ANTHONY BRASS
                                                                                    Attorney for Gina Domizio

1  IT IS SO ORDERED:

3  Dated: 1/13/11

_____
Honorable
United States Magistrate Judge

Judge Joseph C. Spero

Case3:10-cr-00804-JCS Document8 Filed01/12/11 Page22 of 22